**COMMONWEALTH of Pennsylvania**

v.

**Julius C. DEMETRIUS, III, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1984.

Decided Dec. 4, 1984.

Jeffrey A. Mahle, Pottstown, for appellant.

Ronald T. Williamson, (Chief/Appeals Div.), Norristown, for appellee.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Judgment of sentence vacated and record remanded to Court of Common Pleas of Montgomery County to permit

appellant to exercise his right of allocution and for resentencing by another judge.

FLAHERTY, J., did not participate in the consideration or decision of this case.